UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **IN RE FRANCESCA'S ACQUISITION LLC DATA SECURITY BREACH LITIGATION** | Lead Case No. 4:23-cv-03881 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Taylor Doherty, Alessandra Jimenez, Kayla Stewart, Ellie Bley and Wendy Nolasco, by and through their undersigned counsel of record, hereby dismiss all of their individual claims brought in the above-captioned action, without prejudice, with each party to bear its own fees and expenses.

Dated: February 19, 2025

Respectfully submitted,

*/s/ Tyler J. Bean*
Tyler J. Bean
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: tbean@sirillp.com

Jason S. Rathod (*pro hac vice*)
**MIGLIACCIO & RATHOD LLP**
412 H St. NE, Ste. 302
Washington, D.C. 20002
Tel: (202) 470-3520
Fax: (202) 800-2730
E: jrathod@classlawdc.com

Nickolas J. Hagman (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603

1

Tel: (312) 782-4480
E: nhagman@caffertyclobes.com

*Attorneys for Plaintiffs and
the Proposed Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 19th day of February 2025, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

*/s/ Tyler J. Bean*
Tyler J. Bean
