United States District Court
Southern District of Texas
**ENTERED**
February 20, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Taylor Doherty, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. H-23-3881 |
| Francesca's Acquisition, LLC, et al., | § § § | |
| Defendants. | § | |

**O R D E R**

On February 19, 2025, Plaintiffs, Taylor Doherty, Alessandra Jimenez, Kayla Stewart, Ellie Bley and Wendy Nolasco, filed a Notice of Voluntary Dismissal without Prejudice (docket no. 54) stipulating to the dismissal of Plaintiffs' claims against remaining Defendant, Francesca's Acquisition, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, this Court accepts the Notice and this action is hereby **DISMISSED WITHOUT PREJUDICE** against remaining Defendant, Francesca's Acquisition, LLC.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 20th day of February, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE